AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE LAST BEST BEEF, LLC

**SUMMONS IN A CIVIL CASE**

V.

JON W. DUDAS and
LYNNE G. BERESFORD

CASE NUMBER  1:06CV00307

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/22/2006

TO: (Name and address of Defendant)

JON W. DUDAS, Director of the United States Patent and Trademark Office
serve on: General Counsel
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander X. Jackins
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    FEB 22 2006
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 02-23-06 at 1:20 p.m. |
| NAME OF SERVER *(PRINT)* Shannon R. Roberts | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Patricia Beck, Secretary for Deputy General Counsel, authorized to accept. Service was completed at 600 Dulany Street, Madison Building East, Room 10B20, Alexandria, Virginia 22314.**

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-23-06
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.