UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **The Last Best Beef, LLC,**<br>  3993 Howard Hughes Pkwy,<br>  Suite 830,<br>  Las Vegas, NV 89109,<br><br>              **Plaintiff**,<br>                v.<br>**Jon W. Dudas, in his official capacity**<br>  **as Director of the United States Patent**<br>  **and Trademark Office, et al.,**<br>  P.O. Box 1450<br>  Alexandria, VA 22313-1450,<br><br>              **Defendant.** | **Civil Action No. 06-0307 (RMC)**<br>**ECF** |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendants in the above-captioned case.

                                            Respectfully submitted,

                                            PETER SMITH, D.C. Bar #465131
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0372