UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Last Best Beef, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jon W. Dudas, in his official capacity, )<br>as Under Secretary of Commerce for, )<br>Intellectual Property and the Director, )<br>of the United States Patent, )<br>and Trademark Office and )<br>Lynne G. Beresford, in her official capacity )<br>as the Commissioner for Trademarks )<br>for the United States, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:06CV00307 (RMC) |

### MOTION FOR ADMISSION OF DAVID M. MONACHINO AS COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Alexander X. Jackins, a member in good standing of the bar of this Court (DC Bar No. 473288), and undersigned attorney for plaintiff The Last Best Beef, LLC ("Plaintiff"), hereby moves for the admission of David M. Monachino, Esq. (the "Petitioner") to appear *pro hac vice* in this case as counsel for Plaintiff.[1]  In support of this motion, the undersigned states as follows:

1. Petitioner maintains his primary office at Seyfarth Shaw, LLP, 1270 Avenue of the Americas, New York, New York 10020, (212) 218-5556. Petitioner is a member in good

---

[1] Pursuant to Local Rule 7(m), Daniel Vanhorn, Esq., Deputy Chief, Civil Division US Attorney's Office for the District of Columbia was contacted on March 1, 2006, to discuss the present motion. Mr. Vanhorn indicated that as of that time the matter had not yet been assigned to specific counsel, and that as such his office took no position with respect to the motion. Mr. Vanhorn further indicated that as soon as counsel was assigned, he would forward such information. As of the time of the making of this motion, Petitioner had not been contacted. All motion papers will be served upon Mr. Vanhorn as per his instructions for ultimate forwarding to the assigned counsel.

552463

standing of the state bars of the State of New York and New Jersey (inactive) and is admitted to practice before the United States Court of Appeals for the Second Circuit, as well as the United States District Courts for the District of New Jersey, the Northern, Southern and Eastern Districts of New York and the Western District of Michigan. Petitioner has not been disciplined by any bar, and has not been admitted *pro hac vice* to this Court within the last two years. Petitioner does not engage in the practice of law from an office in the District of Columbia, and is not a member of the District of Columbia bar.

2. I am of counsel with the law firm of Seyfarth Shaw LLP and I maintain my primary office at 815 Connecticut Avenue, N.W., Suite 500, Washington, D.C., 20006-4004. I am admitted to practice before this Court. I shall act as counsel of record, and can be served with all pleadings, motions, notices and other papers pursuant to the Federal Rules of Civil Procedure and the rules of this Court.

WHEREFORE, the undersigned moves for the admission of Mr. Monachino as counsel in this case.

Dated: March 3, 2006

          Respectively submitted,

          SEYFARTH SHAW LLP

By: _____

          Alexander X. Jackins, Esq.
          D.C. Bar # 473288
          Seyfarth Shaw, LLP
          815 Connecticut Avenue, NW
          Suite 500
          Washington, DC 20006
          (202) 463-2400
          (202) 828-5393 (fax)

552463

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Last Best Beef, LLC )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>Jon W. Dudas, in his official capacity, )<br>as Under Secretary of Commerce for , )<br>Intellectual Property and the Director , )<br>of the United States Patent, )<br>and Trademark Office and )<br>Lynne G. Beresford, in her official capacity )<br>as the Commissioner for Trademarks )<br> for the United States, )<br>)<br>      Defendants. )<br>_____) | Case No. 1:06CV00307 (RMC)) |

## ORDER

This matter is before the Court on a Motion for Admission *Pro Hac Vice* pursuant to Local Rule 83.2(d). Upon consideration of this motion and supporting papers, it is, this ____ day of March, 2006,

ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED; and it is

FURTHER ORDERED that David M. Monachino is hereby admitted to appear before this Court in the above-captioned matter.

SO ORDERED.

_____
United States District Judge