Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**  Reg. No. 1,845,246
                                                Registered July 12, 1994

## SERVICE MARK
### PRINCIPAL REGISTER

## LAST BEST PLACE CATALOG

HEEKIN, LUCINDA T. (UNITED STATES CITIZEN)
1200 AMERICAN BUILDING, 30 E. CENTRAL PARKWAY
CINCINNATI, OH 45202

FOR: RETAIL MAIL ORDER SERVICES FEATURING PRODUCTS FROM THE STATE OF MONTANA, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8-30-1993; IN COMMERCE 8-30-1993.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CATALOG", APART FROM THE MARK AS SHOWN.

SN 74-340,409, FILED 12-16-1992.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY