Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**    Reg. No. 1,879,361
Registered Feb. 14, 1995

## SERVICE MARK
### PRINCIPAL REGISTER



HEEKIN, LUCINDA T. (UNITED STATES CITIZEN)
5 STANLEY LANE
CINCINNATI, OH 45226

FOR: RETAIL MAIL ORDER SERVICES FEATURING PRODUCTS FROM MONTANA AND INCLUDING PRODUCTS FROM OTHER WESTERN STATES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CATALOG COMPANY", APART FROM THE MARK AS SHOWN.

SN 74-411,252, FILED 7-12-1993.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY

Exhibit B – Case No.
1:06CV00307 (RMC)