01-04-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #22

|  |  |
|---|---|
| APPLICANT: | The Last Best Beef LLC |
| APPLICANT'S ADDRESS: | 3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, Nevada 89109 |
| MARK: | THE LAST BEST PLACE |
| GOODS/SERVICES: | travel information services (in International Class 039) |

THE LAST BEST PLACE

Exhibit D – Case No. 1:06CV00307 (RMC)



76355243

01-04-2002
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #74

| | |
|---|---|
| APPLICANT: | The Last Best Beef LLC |
| APPLICANT'S ADDRESS: | 3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, Nevada 89109 |
| MARK: | THE LAST BEST PLACE |
| GOODS/SERVICES: | hotel and lodge services, namely providing lodging and restaurant services (in International Class 042) |

THE LAST BEST PLACE

564575.v1: 021298/009



76355577

Exhibit D – Case No. 1:06CV00307 (RMC)

Document Description: **Trademark Application**
Mail / Create Date: **06-Aug-2004**

[Previous Page]    [Next Page]    You are currently on page 1 of 2

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78463753
Filing Date: 08/06/2004

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | THE LAST BEST PLACE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | THE LAST BEST PLACE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | The Last Best Beef LLC |
| STREET | 3993 Howard Hughes Parkway, Suite 830 |
| CITY | Las Vegas |
| STATE | NV |
| ZIP/POSTAL CODE | 89109 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Nevada |

Exhibit D – Case No. 1:06CV00307 (RMC)

| GOODS AND/OR SERVICES SECTION | |
|---|---|
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Retail and catalog sales services featuring clothing and accessories, kitchenware, beverageware, cookware, bakeware, paper goods and printed matter, giftware, arts and crafts, food products, souvenirs and novelty items; Real estate brokerage services |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Luke W. DeMarte/ |
| SIGNATORY NAME | Luke W. DeMarte |
| SIGNATORY DATE | 08/06/2004 |
| SIGNATORY POSITION | Attorney |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **ATTORNEY** | |
| NAME | Luke W. DeMarte |
| FIRM NAME | Seyfarth Shaw LLP |
| STREET | 55 E. Monroe, Suite 4200 |
| CITY | Chicago |
| STATE | IL |
| ZIP/POSTAL CODE | 60603 |
| COUNTRY | United States |
| PHONE | (312) 346-8000 |
| FAX | (312) 269-8869 |
| EMAIL | ldemarte@seyfarth.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 43912-11 |

Exhibit D – Case No.
1:06CV00307 (RMC)

http://portal.uspto.gov/external/PA_1_0_1ET/OpenServletWindow?serialNumber=7846375...        3/2/2006

| | |
|---|---|
| OTHER APPOINTED ATTORNEY(S) | Suzanne L. Saxman, Jeffrey H. Brown |
| **CORRESPONDENCE SECTION** | |
| NAME | Luke W. DeMarte |
| FIRM NAME | Seyfarth Shaw LLP |
| STREET | 55 E. Monroe, Suite 4200 |
| CITY | Chicago |
| STATE | IL |
| ZIP/POSTAL CODE | 60603 |
| COUNTRY | United States |
| PHONE | (312) 346-8000 |
| FAX | (312) 269-8869 |
| EMAIL | ldemarte@seyfarth.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Aug 06 19:30:55 EDT 2004 |
| TEAS STAMP | USPTO/BAS-21689127130-200 40806193055649668-7846375 3-2003681a8b97892423b3b29 5e6c52408c80-DA-493-20040 806192943797043 |

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78463753
Filing Date: 08/06/2004

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of THE LAST BEST PLACE.

The applicant, The Last Best Beef LLC, a limited liability company organized under the laws of Nevada, residing at 3993 Howard Hughes Parkway, Suite 830, Las Vegas, NV, United States, 89109, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 035: Retail and catalog sales services featuring clothing and accessories, kitchenware, beverageware, cookware, bakeware, paper goods and printed matter, giftware, arts and crafts, food products, souvenirs and novelty items; Real estate brokerage services

The applicant hereby appoints Luke W. DeMarte and Suzanne L. Saxman, Jeffrey H. Brown of Seyfarth Shaw LLP55 E. Monroe, Suite 4200, Chicago, IL, United States, 60603 to submit this application on behalf of the applicant. The attorney docket/reference number is 43912-11.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: ldemarte@seyfarth.com.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm,

Exhibit D – Case No.
1:06CV00307 (RMC)

http://portal.uspto.gov/external/PA_1_0_1ET/OpenServletWindow?serialNumber=7846375...    3/2/2006

corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Luke W. DeMarte/   Date: 08/06/2004
Signatory's Name: Luke W. DeMarte
Signatory's Position: Attorney

Mailing Address:
   Luke W. DeMarte
   55 E. Monroe, Suite 4200
   Chicago, IL 60603

RAM Sale Number: 493
RAM Accounting Date: 08/09/2004

Serial Number: 78463753
Internet Transmission Date: Fri Aug 06 19:30:55 EDT 2004
TEAS Stamp: USPTO/BAS-21689127130-200408061930556496
68-78463753-2003681a8b97892423b3b295e6c5
2408c80-DA-493-20040806192943797043

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

Exhibit D – Case No.
1:06CV00307 (RMC)

Document Description: **Trademark Application**
Mail / Create Date: **06-Aug-2004**

[Previous Page]    [Next Page]    You are currently on page 1 of 2

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78463754
### Filing Date: 08/06/2004

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | THE LAST BEST PLACE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | THE LAST BEST PLACE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | The Last Best Beef LLC |
| STREET | 3993 Howard Hughes Parkway, Suite 830 |
| CITY | Las Vegas |
| STATE | NV |
| ZIP/POSTAL CODE | 89109 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Nevada |

| GOODS AND/OR SERVICES SECTION | |
|---|---|
| INTERNATIONAL CLASS | 037 |
| DESCRIPTION | Real estate and land development services, namely, planning and development of residential and/or commercial communities |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Luke W. DeMarte/ |
| SIGNATORY NAME | Luke W. DeMarte |
| SIGNATORY DATE | 08/06/2004 |
| SIGNATORY POSITION | Attorney |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **ATTORNEY** | |
| NAME | Luke W. DeMarte |
| FIRM NAME | Seyfarth Shaw LLP |
| STREET | 55 E. Monroe, Suite 4200 |
| CITY | Chicago |
| STATE | IL |
| ZIP/POSTAL CODE | 60603 |
| COUNTRY | United States |
| PHONE | (312) 346-8000 |
| FAX | (312) 269-8869 |
| EMAIL | ldemarte@seyfarth.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 43912-11 |
| OTHER APPOINTED ATTORNEY(S) | Suzanne L. Saxman, Jeffrey H. Brown |
| **CORRESPONDENCE SECTION** | |

| NAME | Luke W. DeMarte |
|---|---|
| FIRM NAME | Seyfarth Shaw LLP |
| STREET | 55 E. Monroe, Suite 4200 |
| CITY | Chicago |
| STATE | IL |
| ZIP/POSTAL CODE | 60603 |
| COUNTRY | United States |
| PHONE | (312) 346-8000 |
| FAX | (312) 269-8869 |
| EMAIL | ldemarte@seyfarth.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Aug 06 19:32:24 EDT 2004 |
| TEAS STAMP | USPTO/BAS-21689127130-200 40806193224669671-7846375 4-200831df95bd27d6a84260f 87eda8cfcf-DA-496-2004080 6193136718049 |

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78463754
Filing Date: 08/06/2004

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of THE LAST BEST PLACE.

The applicant, The Last Best Beef LLC, a limited liability company organized under the laws of Nevada, residing at 3993 Howard Hughes Parkway, Suite 830, Las Vegas, NV, United States, 89109, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 037: Real estate and land development services, namely, planning and development of residential and/or commercial communities

The applicant hereby appoints Luke W. DeMarte and Suzanne L. Saxman, Jeffrey H. Brown of Seyfarth Shaw LLP55 E. Monroe, Suite 4200, Chicago, IL, United States, 60603 to submit this application on behalf of the applicant. The attorney docket/reference number is 43912-11.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: ldemarte@seyfarth.com.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form

thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Luke W. DeMarte/   Date: 08/06/2004
Signatory's Name: Luke W. DeMarte
Signatory's Position: Attorney

Mailing Address:
    Luke W. DeMarte
    55 E. Monroe, Suite 4200
    Chicago, IL 60603

RAM Sale Number: 496
RAM Accounting Date: 08/09/2004

Serial Number: 78463754
Internet Transmission Date: Fri Aug 06 19:32:24 EDT 2004
TEAS Stamp: USPTO/BAS-21689127130-200408061932246696
71-78463754-200831df95bd27d6a84260f87eda
8cfcf-DA-496-20040806193136718049

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

Exhibit D – Case No.
1:06CV00307 (RMC)

http://portal.uspto.gov/external/PA_1_0_1ET/OpenServletWindow?serialNumber=7846375...    3/2/2006

08-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

| | |
|---|---|
| APPLICANT: | The Last Best Beef LLC |
| APPLICANT'S ADDRESS: | 3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, Nevada 89107 |
| MARK: | THE LAST BEST PLACE |
| GOODS: | pots, pans, plates, bowls, grills, beverageware, cookware, bakeware, eating and serving utensils (International Class 21). |

THE LAST BEST PLACE

Exhibit D – Case No.
1:06CV00307 (RMC)



76299658

08-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

| | |
|---|---|
| APPLICANT: | The Last Best Beef LLC |
| APPLICANT'S ADDRESS: | 3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, Nevada 89107 |
| MARK: | THE LAST BEST PLACE |
| GOODS: | clothing, hats and accessories (International Class 25). |

THE LAST BEST PLACE

Exhibit D – Case No.
1:06CV00307 (RMC)



76299659

08-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

| | |
|---|---|
| APPLICANT: | The Last Best Beef LLC |
| APPLICANT'S ADDRESS: | 3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, Nevada 89107 |
| MARK: | THE LAST BEST PLACE |
| GOODS: | meat and related food products (International Class 29). |

THE LAST BEST PLACE



76299660

Exhibit D – Case No.
1:06CV00307 (RMC)

**Drawing Page**

**Applicant:**
Monterey Bay Clothing Company, LLC
5823 Newton Drive,
Carlsbad, CA USA 92008,

**Serial Number:**
78148103



**Goods and Services:**
Necklaces; earrings; ornamental pins; pins being jewelry; bracelets; watches;

**Goods and Services:**
Blankets, namely bed blankets, blanket throws, afghans; bed pads, bed sheets; bed linen; bed spreads; comforters; pillow cases; pillow covers; table linen; towels; bath linen; curtains; handkerchiefs; household linen; linen; mattress covers; mattress pads; quilts; shower curtains;

**Goods and Services:**
Clothing, namely shirts, blouses, pants, sweaters, skirts, jackets, coats, pajamas, robes, hats, belts, shoes, boots, slippers, ties, tops, bottoms, wraps, jerseys, socks, cardigans, underwear, stockings, slips, and shorts;

**Mark:**

THE LAST BEST PLACE

Exhibit D – Case No.
1:06CV00307 (RMC)



NO OCR



07-26-2002