Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**

Reg. No. 3,018,188
Registered Nov. 22, 2005

## SERVICE MARK
PRINCIPAL REGISTER

## THE LAST BEST PLACE

LAST BEST BEEF LLC, THE (NEVADA LTD LIAB CO)
3993 HOWARD HUGHES PARKWAY, SUITE 830
LAS VEGAS, NV 89109

FOR: TRAVEL INFORMATION SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

SN 76-355,243, FILED 1-4-2002.

MARK T. MULLEN, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,018,189
Registered Nov. 22, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## THE LAST BEST PLACE

LAST BEST BEEF LLC, THE (NEVADA LTD LIAB CO)
3993 HOWARD HUGHES PARKWAY, SUITE 830
LAS VEGAS, NV 89109

FOR: HOTEL AND LODGE SERVICES, NAMELY PROVIDING LODGING AND RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

SN 76-355,577, FILED 1-4-2002.

MARK T. MULLEN, EXAMINING ATTORNEY