*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA40349**
Filing date: **07/28/2005**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | MONTANA STATE DEPARTMENT OF COMMERCE | | |
|---|---|---|---|
| Entity | State agency | Citizenship | Montana |
| Address | 301 South Park Avenue<br>Helena, MT 59620-0501<br>UNITED STATES | | |

| Attorney information | Robert C. Griffin<br>Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P.<br>490 North 31st Street<br>BILLINGS, MT 59101<br>UNITED STATES<br>rgriffin@crowleylaw.com Phone:406-255-7275 |
|---|---|

## Applicant Information

| Application No | 78463754 | Publication date | 07/05/2005 |
|---|---|---|---|
| Opposition Filing Date | 07/28/2005 | Opposition Period Ends | 08/04/2005 |
| Applicant | The Last Best Beef LLC<br>3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, NV 89109<br>UNITED STATES | | |

**Goods/Services Affected by Opposition**

Class 037.
All goods and sevices in the class are opposed, namely: Real estate and land development services, namely, planning and development of residential and/or commercial communities

| Attachments | Notice of Opposition FINAL.PDF ( 3 pages ) |

| Signature | /Robert C. Griffin/ |
| --- | --- |
| Name | Robert C. Griffin |
| Date | 07/28/2005 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of trademark application Serial No. 78/463,754
For the mark THE LAST BEST PLACE
Published in the Official Gazette on July 5, 2005

MONTANA STATE DEPARTMENT OF COMMERCE

    Opposer

v.

LAST BEST BEEF, LLC

    Applicant

## NOTICE OF OPPOSITION

Opposer, Montana State Department of Commerce (the "Department"), an agency of the State of Montana organized and existing under the laws of Montana, having an address at 301 South Park Avenue, Helena, MT 59620-0501, believes that it will be damaged by registration of the mark THE LAST BEST PLACE in the name of Last Best Beef, LLC ("Applicant"), published in the Official Gazette on July 5, 2005.

As grounds for this Opposition, the Department alleges on knowledge as to itself and otherwise upon information and belief, as follows:

1. The phrase "The Last Best Place" has become synonymous with the State of Montana since this term was used as the title of an anthology of Montana writers, which was published in 1988. Since the publication of the anthology The Last Best Place, the phrase "The Last Best Place" has been used innumerable times by the Department, as well as by other

Montana State agencies and the public, to describe the State of Montana and the many attractions it has to offer, and to promote the State of Montana as a travel destination and as an attractive place to locate businesses or residences.

2. As a result of extensive use of the term "The Last Best Place" to describe the State of Montana by the Department, other agencies of the State of Montana, and the public over the past seventeen (17) years, the term "The Last Best Place" has become an accepted nickname for the State of Montana, and the geographically descriptive significance of this term would be readily apparent to a meaningful segment of the relevant public. Accordingly, the term "The Last Best Place" is primarily geographically descriptive within the meaning of § 2(e)(2) of the Lanham Act, 15 U.S.C. § 1152(e)(2).

3. On August 6, 2004, Applicant filed a trademark registration application under § 1(b) of the Lanham Act, 15 U.S.C. § 1051(b), for use in connection with "real estate and land development services, namely, planning and development of residential and/or commercial communities." Upon information and belief, the Applicant intends to use the mark THE LAST BEST PLACE to describe the State of Montana and the many attractions it has to offer in connection with real estate and land development services. The mark THE LAST BEST PLACE has not become distinctive of the Applicant's services in commerce, because the Applicant has not used the mark exclusively or otherwise to the extent necessary to create secondary meaning.

## COUNT I: PRIMARILY GEOGRAPHICALLY DESCRIPTIVE USE
### (15 U.S.C. § 1052(E)(2))

4. The Department repeats and realleges the allegations set forth in Paragraphs 1 through 3 above.

5. The mark THE LAST BEST PLACE, when used on or in connection with the goods and/or services of the Applicant, is primarily geographically descriptive within the

meaning of § 2(e)(2) of the Lanham Act. The Department, as well as other agencies of the State of Montana and the citizens of Montana, will be damaged by registration of the mark shown in the application proposed herein because such registration is inconsistent with and will inhibit, prevent, and otherwise interfere with the use of the term "The Last Best Place" in its descriptive sense by the Department, as well as by other agencies of the State of Montana and the citizens of the State of Montana, in connection with goods and/or services which are identical with or closely related to those of the Applicant.

WHEREFORE, Opposer prays that this Opposition be sustained and that the application for registration of the mark THE LAST BEST PLACE be in all respects refused and denied.

Respectfully Submitted,

Robert C. Griffin
Crowley, Haughey, Hanson, Toole
 & Dietrich P.L.L.P.
P.O. Box 2529
Billings, MT 59103-2529

DATED:   Billings, Montana
         July 28, 2005

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA50955**
Filing date: **10/28/2005**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | MONTANA STATE DEPARTMENT OF COMMERCE |
|---|---|
| Granted to Date of previous extension | 10/29/2005 |
| Address | 301 South Park Avenue<br>Helena, MT 59620-0501<br>UNITED STATES |

| Attorney information | Robert C. Griffin<br>Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P.<br>490 North 31st Street<br>BILLINGS, MT 59101<br>UNITED STATES<br>rgriffin@crowleylaw.com Phone:406-255-7275 |
|---|---|

## Applicant Information

| Application No | 78463753 | Publication date | 08/30/2005 |
|---|---|---|---|
| Opposition Filing Date | 10/28/2005 | Opposition Period Ends | 10/29/2005 |
| Applicant | The Last Best Beef LLC<br>3993 Howard Hughes Parkway, Suite 830<br>Las Vegas, NV 89109 | | |

Exhibit F – Case No.
1:06CV00307 (RMC)

|  | UNITED STATES |
|---|---|

**Goods/Services Affected by Opposition**

| Class 035.<br>All goods and sevices in the class are opposed, namely: Retail store services and catalog ordering services both featuring clothing and related accessories, kitchenware, beverageware, cookware, bakeware, paper goods and printed matter, giftware, arts and crafts, food products, souvenirs and novelty items |
|---|
| Class 036.<br>All goods and sevices in the class are opposed, namely: Real estate brokerage services |

| **Related Proceedings** | MONTANA STATE DEPARTMENT OF COMMERCE V. THE LAST BEST BEEF LLC, Opposition No. 91166060, Ser. No. 78463754 |
|---|---|

| **Attachments** | Opposition '753.pdf ( 3 pages ) |
|---|---|

| **Signature** | /Robert C. Griffin/ |
|---|---|
| **Name** | Robert C. Griffin |
| **Date** | 10/28/2005 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of trademark application Serial No. 78/463,753
For the mark THE LAST BEST PLACE
Published in the Official Gazette on August 30, 2005

MONTANA STATE DEPARTMENT OF COMMERCE

    Opposer

v.

LAST BEST BEEF, LLC

    Applicant

## NOTICE OF OPPOSITION

Opposer, Montana State Department of Commerce (the "Department"), an agency of the State of Montana organized and existing under the laws of Montana, having an address at 301 South Park Avenue, Helena, MT 59620-0501, believes that it will be damaged by registration of the mark THE LAST BEST PLACE in the name of Last Best Beef, LLC ("Applicant"), published in the Official Gazette on August 30, 2005. A previous proceeding has been filed before the Trademark Trial and Appeal Board involving the same parties and the same mark, MONTANA STATE DEPARTMENT OF COMMERCE v. LAST BEST BEEF, LLC, Opposition No. 91116060, Serial No. 78463754.

As grounds for this Opposition, the Department alleges on knowledge as to itself and otherwise upon information and belief, as follows:

Exhibit F – Case No.
1:06CV00307 (RMC)

1. The phrase "The Last Best Place" has become synonymous with the State of Montana since this term was used as the title of an anthology of Montana writers, which was published in 1988. Since the publication of the anthology <u>The Last Best Place</u>, the phrase "The Last Best Place" has been used innumerable times by the Department, as well as by other Montana State agencies and the public, to describe the State of Montana and the many attractions it has to offer, and to promote the State of Montana as a travel destination and as an attractive place to locate businesses or residences.

2. As a result of extensive use of the term "The Last Best Place" to describe the State of Montana by the Department, other agencies of the State of Montana, and the public over the past seventeen (17) years, the term "The Last Best Place" has become an accepted nickname for the State of Montana, and the geographically descriptive significance of this term would be readily apparent to a meaningful segment of the relevant public. Accordingly, the term "The Last Best Place" is primarily geographically descriptive within the meaning of § 2(e)(2) of the Lanham Act, 15 U.S.C. § 1152(e)(2).

3. On August 6, 2004, Applicant filed a trademark registration application under § 1(b) of the Lanham Act, 15 U.S.C. § 1051(b), for use in connection with "real estate and land development services, namely, planning and development of residential and/or commercial communities." Upon information and belief, the Applicant intends to use the mark THE LAST BEST PLACE to describe the State of Montana and the many attractions it has to offer in connection with real estate and land development services. The mark THE LAST BEST PLACE has not become distinctive of the Applicant's services in commerce, because the Applicant has not used the mark exclusively or otherwise to the extent necessary to create secondary meaning.

## COUNT I: PRIMARILY GEOGRAPHICALLY DESCRIPTIVE USE
### (15 U.S.C. § 1052(E)(2))

4.      The Department repeats and realleges the allegations set forth in Paragraphs 1 through 3 above.

5.      The mark THE LAST BEST PLACE, when used on or in connection with the goods and/or services of the Applicant, is primarily geographically descriptive within the meaning of § 2(e)(2) of the Lanham Act. The Department, as well as other agencies of the State of Montana and the citizens of Montana, will be damaged by registration of the mark shown in the application proposed herein because such registration is inconsistent with and will inhibit, prevent, and otherwise interfere with the use of the term "The Last Best Place" in its descriptive sense by the Department, as well as by other agencies of the State of Montana and the citizens of the State of Montana, in connection with goods and/or services which are identical with or closely related to those of the Applicant.

WHEREFORE, Opposer prays that this Opposition be sustained and that the application for registration of the mark THE LAST BEST PLACE be in all respects refused and denied.

Respectfully Submitted,

/Robert C. Griffin/

Robert C. Griffin
Crowley, Haughey, Hanson, Toole
 & Dietrich P.L.L.P.
P.O. Box 2529
Billings, MT  59103-2529

DATED:   Billings, Montana
         October 28, 2005