U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 703-746-3400. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** May 25, 2004

Luke W. DeMarte
Seyfarth Shaw LLP
Suite 4200
55 E. Monroe Street
Chicago IL 60603

---

**\*\* IMPORTANT INFORMATION:  6 MONTH DEADLINE \*\***

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

**The following information should be reviewed for accuracy:**

| | |
|---|---|
| SERIAL NUMBER: | 76/299658 |
| MARK: | THE LAST BEST PLACE |
| OWNER: | The Last Best Beef LLC |
| | 3993 Howard Hughes Parkway, Suite 830 |
| | Las Vegas , NEVADA   89109 |

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

021 -      pots, plates, bowls, beverageware, and cookware, namely, pans, skillets, dutch ovens, trivets, casseroles and griddles and bakeware

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

Exhibit G – Case No.
1:06CV00307 (RMC)

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

Exhibit G – Case No. 1:06CV00307 (RMC)

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jul 26, 2005

Luke W. DeMarte
Seyfarth Shaw LLP
Suite 4200
55 E. Monroe Street
Chicago IL 60603

---

**\*\* IMPORTANT INFORMATION: 6 MONTH DEADLINE \*\***

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

**The following information should be reviewed for accuracy:**

SERIAL NUMBER:        76/299659
MARK:                 THE LAST BEST PLACE
OWNER:                The Last Best Beef LLC
                      3993 Howard Hughes Parkway, Suite 830
                      Las Vegas , NEVADA  89109

This application has the following bases, but not necessarily for all listed goods/services:
  Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

025 -    Clothing and accessories, namely, hats, shirts, jackets, uniforms, caps, underwear, sweatshirts, t-shirts, lingerie, sweaters, swim wear and golf wear

Exhibit G – Case No.
1:06CV00307 (RMC)

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

ISSUE DATE: Jul 26, 2005

Luke W. DeMarte
Seyfarth Shaw LLP
Suite 4200
55 E. Monroe Street
Chicago IL 60603

** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

### The following information should be reviewed for accuracy:

SERIAL NUMBER:      76/299660
MARK:               THE LAST BEST PLACE
OWNER:              The Last Best Beef LLC
                    3993 Howard Hughes Parkway, Suite 830
                    Las Vegas , NEVADA   89109

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO            Section 1(b): YES           Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

029 -       Meat, beef

Exhibit G – Case No.
1:06CV00307 (RMC)

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Aug 16, 2005

LUKE W. DEMARTE
SEYFARTH SHAW LLP
SUITE 4200
55 E. MONROE STREET
CHICAGO IL 60603

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:      78/148103
MARK:               THE LAST BEST PLACE
OWNER:              THE LAST BEST BEEF LLC
                    3993 HOWARD HUGHES PARKWAY, SUITE 830
                    LAS VEGAS , NEVADA  89107

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO           Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

014 -      Necklaces; earrings; ornamental pins; pins being jewelry; bracelets; watches

024 -   Blankets, namely bed blankets, blanket throws, afghans; bed pads, bed sheets; bed linen; bed spreads; comforters; pillow cases; pillow covers; table linen; towels; bath linen; curtains; handkerchiefs; household linen; mattress covers; mattress pads; quilts; shower curtains

025 -   Clothing, namely shirts, blouses, pants, sweaters, skirts, jackets, coats, pajamas, robes, hats, belts, shoes, boots, slippers, ties, tops, bottoms, wraps, jerseys, socks, cardigans, underwear, stockings, slips, and shorts

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**