-----Original Message-----
**From:** ECom111 [mailto:Ecom1113@USPTO.GOV]
**Sent:** Wednesday, January 18, 2006 1:28 PM
**To:** Saxman, Suzanne
**Subject:** TRADEMARK APPLICATION NO. 76299658 - THE LAST BEST PLACE - N/A

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| SERIAL NO: | 76/299658 |
| APPLICANT: | The Last Best Beef LLC |

**\*76299658\***

**CORRESPONDENT ADDRESS:**
Suzanne Saxman
SEYFARTH SHAW LLP
55 E. MONROE ST., SUITE 4200
CHICAGO IL 60603

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK:** THE LAST BEST PLACE

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**
ssaxman@seyfarth.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number   76/299658

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

**Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/*/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

-----Original Message-----
**From:** ECom111 [mailto:Ecom1113@USPTO.GOV]
**Sent:** Wednesday, January 18, 2006 1:35 PM
**To:** Saxman, Suzanne
**Subject:** TRADEMARK APPLICATION NO. 76299660 - THE LAST BEST PLACE - N/A

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| SERIAL NO: | 76/299660 |
| APPLICANT: | The Last Best Beef LLC |

**\*76299660\***

**CORRESPONDENT ADDRESS:**
    Suzanne Saxman
    SEYFARTH SHAW LLP
    55 E. MONROE ST., SUITE 4200
    CHICAGO IL 60603

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

*If no fees are enclosed, the address should include the words "Box Responses - No Fee."*

**MARK:**   THE LAST BEST PLACE

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**
    ssaxman@seyfarth.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number   76/299660

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

**Consistent with the Department of Commerce and Related Agencies Appropriations**

2

**Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/*/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

------Original Message-----
**From:** ECom111 [mailto:Ecom1113@USPTO.GOV]
**Sent:** Wednesday, January 18, 2006 1:59 PM
**To:** Saxman, Suzanne
**Subject:** TRADEMARK APPLICATION NO. 76355577 - THE LAST BEST PLACE - N/A

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **SERIAL NO:** | 76/355577 | |
| **APPLICANT:** | Last Best Beef LLC, The | **\*76355577\*** |

| | | |
|---|---|---|
| **CORRESPONDENT ADDRESS:**<br>Suzanne Saxman<br>SEYFARTH SHAW LLP<br>55 E. MONROE ST., SUITE 4200<br>CHICAGO IL 60603 | | **RETURN ADDRESS:**<br>Commissioner for Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451 |

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK:** THE LAST BEST PLACE

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**
ssaxman@seyfarth.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number   76/355577

### NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

**Consistent with the Department of Commerce and Related Agencies**

Exhibit H – Case No.
1:06CV00307 (RMC)

2

**Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/*/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

2

-----Original Message-----
**From:** ECom111 [mailto:Ecom1113@USPTO.GOV]
**Sent:** Wednesday, January 18, 2006 2:01 PM
**To:** Saxman, Suzanne
**Subject:** TRADEMARK APPLICATION NO. 76355243 - THE LAST BEST PLACE - N/A

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **SERIAL NO:** | 76/355243 | |
| **APPLICANT:** | Last Best Beef LLC, The | **\*76355243\*** |

| | | |
|---|---|---|
| **CORRESPONDENT ADDRESS:**<br>Suzanne Saxman<br>SEYFARTH SHAW LLP<br>55 E. MONROE ST., SUITE 4200<br>CHICAGO IL 60603 | | **RETURN ADDRESS:**<br>Commissioner for Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451 |
| | | If no fees are enclosed, the address should include the words "Box Responses - No Fee." |
| **MARK:** THE LAST BEST PLACE | | |
| **CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A | | Please provide in all correspondence: |
| **CORRESPONDENT EMAIL ADDRESS:**<br>ssaxman@seyfarth.com | | 1. Filing date, serial number, mark and applicant's name.<br>2. Date of this Office Action.<br>3. Examining Attorney's name and Law Office number.<br>4. Your telephone number and e-mail address. |

Serial Number  76/355243

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Consistent with the Department of Commerce and Related Agencies

2

**Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/*/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

2

-----Original Message-----
**From:** ECom102 [mailto:OLDecom102@uspto.gov]
**Sent:** Wednesday, January 18, 2006 3:39 PM
**To:** Saxman, Suzanne
**Subject:** TRADEMARK APPLICATION NO. 78148103 - THE LAST BEST PLACE - N/A

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| SERIAL NO: | 78/148103 |
| APPLICANT: | THE LAST BEST BEEF LLC |

**\*78148103\***

**CORRESPONDENT ADDRESS**:
    Suzanne Saxman
    SEYFARTH SHAW LLP
    55 E. MONROE ST., SUITE 4200
    CHICAGO IL 60603

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:   THE LAST BEST PLACE

**CORRESPONDENT'S REFERENCE/DOCKET NO**: N/A

**CORRESPONDENT EMAIL ADDRESS**:
    ssaxman@seyfarth.com

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number   78/148103

### NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006,

Exhibit H – Case No.
1:06CV00307 (RMC)

Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.

If the applicant has any questions, please telephone or e-mail the assigned examining attorney.

/*/
Trademark Attorney
Law Office 102
571-272-9264
maria-victoria.suarez@uspto.gov

2

------Original Message-----
**From:** ECom111 [mailto:Ecom1113@USPTO.GOV]
**Sent:** Wednesday, January 25, 2006 7:00 AM
**To:** Saxman, Suzanne
**Subject:** TRADEMARK APPLICATION NO. 76299659 - THE LAST BEST PLACE - N/A

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **SERIAL NO:** | 76/299659 | |
| **APPLICANT:** | The Last Best Beef LLC | **\*76299659\*** |

**CORRESPONDENT ADDRESS:**
Suzanne Saxman
SEYFARTH SHAW LLP
55 E. MONROE ST., SUITE 4200
CHICAGO IL 60603

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

*If no fees are enclosed, the address should include the words "Box Responses - No Fee."*

**MARK:**   THE LAST BEST PLACE

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**
ssaxman@seyfarth.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number   76/299659

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION:** If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Exhibit H – Case No.
1:06CV00307 (RMC)

2

**Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/*/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

Document Description: **Suspension Letter**
Mail / Create Date: **18-Jan-2006**

| | |
|---|---|
| **To:** | Last Best Beef LLC, The (ssaxman@seyfarth.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 76355577 - THE LAST BEST PLACE - N/A |
| **Sent:** | 1/18/2006 2:59:04 PM |
| **Sent As:** | ECOM111@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 76/355577

**APPLICANT:** Last Best Beef LLC, The

**\*76355577\***

**CORRESPONDENT ADDRESS:**
Suzanne Saxman
SEYFARTH SHAW LLP
55 E. MONROE ST., SUITE 4200
CHICAGO IL 60603

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK:** THE LAST BEST PLACE

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**
ssaxman@seyfarth.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number 76/355577

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will

Exhibit H – Case No.
1:06CV00307 (RMC)

have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

**Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/Mark T. Mullen/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

Exhibit H – Case No.
1:06CV00307 (RMC)

Document Description: **Suspension Letter**
Mail / Create Date: **18-Jan-2006**

| | |
|---|---|
| To: | Last Best Beef LLC, The (ssaxman@seyfarth.com) |
| Subject: | TRADEMARK APPLICATION NO. 76355243 - THE LAST BEST PLACE - N/A |
| Sent: | 1/18/2006 3:01:11 PM |
| Sent As: | ECOM111@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 76/355243

APPLICANT: Last Best Beef LLC, The

**\*76355243\***

CORRESPONDENT ADDRESS:
   Suzanne Saxman
   SEYFARTH SHAW LLP
   55 E. MONROE ST., SUITE 4200
   CHICAGO IL 60603

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

MARK: THE LAST BEST PLACE

CORRESPONDENT'S REFERENCE/DOCKET NO: N/A

CORRESPONDENT EMAIL ADDRESS:
   ssaxman@seyfarth.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number 76/355243

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:** This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will

Exhibit H – Case No.
1:06CV00307 (RMC)

have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

> **Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the Notice of Allowance for this application has been cancelled. The application is suspended until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.**

If the applicant has any questions, please telephone the assigned examining attorney.

/Mark T. Mullen/
Examining Attorney
Law Office 111
phone (571) 272-9201
fax (571) 273-9111

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451

Mailed:  January 6, 2006

Opposition No. 91166060

MONTANA STATE DEPARTMENT OF COMMERCE

v.

The Last Best Beef LLC

**David Mermelstein, Interlocutory Attorney:**

Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, proceedings herein are suspended until October 1, 2006.

During the suspension, the Board shall be notified of any change in address for the parties or their counsel.

.oOo.

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451

Mailed: January 6, 2006

Opposition No. 91167192

MONTANA STATE DEPARTMENT OF COMMERCE

v.

The Last Best Beef LLC

**David Mermelstein, Interlocutory Attorney:**

Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, proceedings herein are suspended until October 1, 2006.

During the suspension, the Board shall be notified of any change in address for the parties or their counsel.

.oOo.