

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

January 5, 2006

Suzanne Saxman, Esq.
Seyfarth Shaw LLP
55 E. Monroe Street, Suite 4200
Chicago, IL 60603

Re: Trademark Registration No. 3,018,188
Mark: THE LAST BEST PLACE

Dear Ms. Saxman:

Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, the attached order specifies that Registration No. 3,018,188 is cancelled.

The registration certificate is invalid and has no force or effect. The application will be restored to pendency as application Serial No. 76-355,243. The file will be forwarded to Law Office 111, and the Examining Attorney will suspend the application until October 1, 2006. During the suspension, the applicant must notify the Office of any change in its correspondence address, including any change in the authorized e-mail address.

Sincerely,


Ralph Williams
Paralegal Specialist
Office of the Commissioner
 for Trademarks
(571) 272-9584

Exhibit I – Case No.
1:06CV00307 (RMC)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

Cancellation Order

Consistent with the Department of Commerce and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-108, § 206, 119 Stat. 2290, 2314, Registration No. 3,018,188, issued to The Last Best Beef, LLC on November 22, 2005 for the mark LAST BEST PLACE is hereby ordered cancelled.

JAN - 5 2006
(Date)

Lynne G. Beresford
Commissioner for Trademarks

Exhibit I – Case No.
1:06CV00307 (RMC)