

# MONTANA SECRETARY OF STATE BRAD
## Business Entity

 Instructions    Search Tips

 Data Current as of...

If you are ordering a Certificate of Fact or Certificate of Existence, please make sure the Foreign/Do Corporation or Limited Liability Company is in "Good Standing".
Enter the name of the business, and check to see whether their annual report was filed in 2004.

We are not able to provide a Certificate of Fact or Certificate of Existence unless the current annual filed.

**Name:** THE LAST BEST PLACE
**ID #:** T023225
**Type:** L
**Status:** ACTIVE
**Status Reason:** GOOD STANDING

## Status Dates

**Filing Date:** 02/19/2004
**Expiration Date:** 02/19/2009

## Additional Info

**Class:** FOOD/DRINK SERVICES,ACCOMODATIONS
**Description:** LODGING & RESTAURANT SERVICES
**Manner of Use:** ADVERTISEMENTS & PROMOTIONAL MATERI

If you would like to purchase a Certificate of Fact for this business entity, select the button below. You will $15.00 fee for this service. (A $13.00 certificate fee from the Secretary of State's office, and a $2.00 online fee).

[ Get Certificate of Fact ]

### Do another Search

[ Search ]

Exhibit L – Case No.
1:06CV00307 (RMC)



**MONTANA SECRETARY OF STATE BRAD**
**Business Entity**

Instructions    Search Tips

Data Current as of...

If you are ordering a Certificate of Fact or Certificate of Existence, please make sure the Foreign/Do Corporation or Limited Liability Company is in "Good Standing".
Enter the name of the business, and check to see whether their annual report was filed in 2004.

We are not able to provide a Certificate of Fact or Certificate of Existence unless the current annual filed.

**Name:** THE LAST BEST PLACE
**ID #:** T023224
**Type:** CORPORATION
**Status:** ACTIVE
**Status Reason:** GOOD STANDING

## Status Dates

**Filing Date:** 02/19/2004
**Expiration Date:** 02/19/2009

## Additional Info

**Class:** BUILDING CONSTRUCTION,REPAIR,INSTAL
**Description:** REAL ESTATE & LAND DEVELOPMENT SVCS
**Manner of Use:** ADVERTISEMENTS & PROMOTIONAL MATERI

If you would like to purchase a Certificate of Fact for this business entity, select the button below. You will $15.00 fee for this service. (A $13.00 certificate fee from the Secretary of State's office, and a $2.00 online fee).

[ Get Certificate of Fact ]

**Do another Search**

[ Search ]

Exhibit L – Case No.
1:06CV00307 (RMC)