UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Last Best Beef, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jon W. Dudas, in his official capacity, )<br>as Under Secretary of Commerce for , )<br>Intellectual Property and the Director , )<br>of the United States Patent, )<br>and Trademark Office and )<br>Lynne G. Beresford, in her official capacity )<br>as the Commissioner for Trademarks )<br>for the United States, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:06CV00307 (RMC)<br><br>**ORDER TO SHOW CAUSE** |

Upon the summons and complaint herein, the affidavit of Laurence E. Lipson, sworn to on February 20, 2006, and the exhibits annexed thereto, and upon all the proceedings to be had herein;

**LET** defendants Jon W. Dudas, in his official capacity as Under Secretary of Commerce for Intellectual Property and the Director of the United States Patent and Trademark Office, and Lynne G. Beresford, in her official capacity as the Commissioner for Trademarks for the United States (collectively, "Defendants") appear before this Court in Courtroom \_\_\_ on the \_\_\_\_ day of March, 2006, at _____, a.m./p.m. in the E. Barrett Prettyman United States Court House, 333 Constitution Avenue, NW, Washington, DC, or as soon thereafter as counsel can be heard, why an Order should not be made and entered granting the following relief:

NY1 26407834.1

(a)     directing an immediate trial date, or, in the alternative, an accelerated briefing schedule for dispositive motions; and

(b)     pursuant to LCvR 26.2 exempting the action from the initial disclosure requirements of Federal Rules of Civil Procedure 26 (a)(1); and

(c)     for such other and further relief this Court deems just and proper.

**SUFFICIENT CAUSE BEING ALLEGED**, it is

**ORDERED**, that opposition papers, if any, be served so as to be received by Plaintiff's counsel, at 815 Connecticut Avenue, N.W. Suite 500, Washington, D.C. 20006-4004, no later than three (3) business days before the return date of this motion; and it is further

**ORDERED**, service of a copy of this Order and the papers upon which it is granted upon Civil Division US Attorney's Office for the District of Columbia, Fourth Floor, Civil Division, 501 Third Street, NW, Washington, DC 20530, and upon General Counsel, United States Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215 on or before ___ day of March, 2006, is hereby deemed good and sufficient service upon Defendants.

E N T E R:

_____

NY1 26407834.1