UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAST BEST BEEF, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0307 (RMC) |
| | ) | |
| JON W. DUDAS, in his official capacity | ) | |
| as Director of the United States Patent and | ) | |
| Trademark Office, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss or for Transfer, it is by the

Court hereby

ORDERED that the motion be and hereby is GRANTED; and it is

ORDERED that this action be and hereby is

      [  ]    DISMISSED without prejudice.

      [  ]    TRANSFERRED to the Eastern District of Virginia.


_____
UNITED STATES DISTRICT JUDGE