UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LAST BEST BEEF, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JON W. DUDAS, in his official capacity as Under Secretary of Commerce for Intellectual Property and the Director of the United States Patent and Trademark Office, et al.,<br><br>        Defendants. | Civil Action No. 06-0307 (RMC) |

## JOINT STIPULATION AND CONSENT ORDER TO TRANSFER THIS CASE TO THE EASTERN DISTRICT OF VIRGINIA

THIS MATTER comes upon Defendants', Jon W. Dudas, in his official capacity as Under Secretary of Commerce for Intellectual Property and the Director of the United States Patent and Trademark Office, and Lynne G. Beresford, in her official capacity as the Commissioner for Trademarks for the United States, Motion to Dismiss, or in the alternative, Motion to Transfer this case to the Eastern District of Virginia (the "Motion"). Plaintiff Last Best Beef, LLC and Defendants seek to resolve the Motion, and toward that end stipulate and agree to the following:

    1.    On February 22, 2006, Plaintiff initiated this case by filing a Complaint in this Court against Defendants Jon W. Dudas, in his official capacity as Under Secretary of Commerce for Intellectual Property and the Director of the United States Patent and Trademark Office, and Lynne G. Beresford, in her official capacity as the Commissioner for Trademarks for the United States.

DC1 30163045.3

2.  Defendants Jon W. Dudas and Lynne G. Beresford, in their official capacities, reside in Alexandria, Virginia which is in the Eastern District of Virginia.

3.  A transfer of this case to the Eastern District of Virginia would benefit the parties and serve the interest of justice, because the Defendants, in their official capacities, reside in the Eastern District of Virginia and a substantial part of the events or omissions giving rise to the claims asserted in the Complaint took place in the Eastern District of Virginia.

NOW THEREFORE, it is

ORDERED, that this case shall be transferred to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a), with each party to bear their own costs and attorneys' fees incurred in connection with the transfer of this case; and it is further

ORDERED, that Defendants' Motion to Dismiss or For Transfer filed on March 16, 2006, is denied as moot.

IT IS SO ORDERED this ___ day, March 2006.

By:_____
Rosemary M. Collyer
United States District Judge

DC1 30163045.3

Respectfully submitted by:

By: _____
Alexander X. Jackins (Bar No. 473288)
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

and

David M. Monachino (DM 1527)
Eddy Salcedo (ES 3391)
Seyfarth Shaw LLP
1270 Avenue of the Americas
New York, New York 10020
(212) 218-5500

*Counsel for Plaintiff*

_____ /K.L. Wainstein (by RC)/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH C. CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

*Counsel for Defendants*

DC1 30163045.3