UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| THE LAST BEST BEEF, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-307 (RMC) |
| JON W. DUDAS, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Plaintiff The Last Best Beef LLC filed a Complaint in this matter on February 22, 2006. On March 16, 2006, the Government moved to dismiss or, in the alternative, to transfer venue to the Eastern District of Virginia. In an effort to resolve the Government's motion quickly, the parties have stipulated that "transfer of this case to the Eastern District of Virginia would benefit the parties and serve the interest of justice, because the Defendants, in their official capacities, reside in the Eastern District of Virginia and a substantial part of the events or omissions giving rise to the claims asserted in the Complaint took place in the Eastern District of Virginia." Joint Stipulation and Consent Order to Transfer ¶ 3 [Dkt. # 10].

In view of this stipulation, the Court agrees that this action might have been brought in the Eastern District of Virginia, *see* 28 U.S.C. § 1391(b), and that the convenience of the parties and witnesses and the interest of justice would be served by transfer, *see id.* § 1404(a). Accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 1404(a), this case is **TRANSFERRED** to the U.S. District Court for the Eastern District of Virginia; and it is

**FURTHER ORDERED** that the Government's Motion to Dismiss or for Transfer is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court.

**SO ORDERED**.


Date: March 27, 2006                                    /s/
ROSEMARY M. COLLYER
United States District Judge