

Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

April 10, 2006

1: 06cv399
GBL/BRP

Clerk's Office
United States District Court
for the Eastern District of Virginia
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: 06-307 (RMC) - THE LAST BEST BEEF, LLC v. JON W. DUDAS, et al.

Dear Clerk:

On March 27, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ certified copy of the transfer order
✔ certified copy of the docket entries,
✔ original documents in the file.

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

ER-WITTINGTON, CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature<br>X                              ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>FOR THE EASTERN DISTRICT<br>OF VIRGINIA<br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 0860 0000 7772 4299 |

RECEIVED
APR 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT